# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Evelyn A.B.,

    Petitioner,

v.

Kristi Noem, et al.,

    Respondents.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING WRIT OF HABEAS CORPUS**

Civil File No. 26-950 (MJD/DJF)

Albert I. Usumanu, Albert Usumanu Law Office, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated February 5, 2026. [Doc. 7.] Only the Respondents have filed an objection to the Report and Recommendation [Doc. 8]. Pursuant to statute, the Court conducted a de novo review upon the record.  28 U.S.C. §636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Foster dated February 5, 2026.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Foster dated February 5, 2026 **[Doc. 7].**

2. The Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED** insofar as:

    a. Petitioner shall be immediately released[1] from detention into Minnesota;

    b. Respondents are ordered to return all of Petitioner's documents, property, or effects seized during her arrest[2]; and

    c. Respondents are required to confirm Petitioner's release from custody within forty-eight (48) hours from the date of this Order; and

    d. Petitioner is directed that any motion for attorney fees and costs pursuant to the Equal Access to Justice Act must be filed within 21 days of entry of judgment, along with a well-reasoned memorandum of authorities explaining why an award of fees and costs is warranted under that statute.

---

[1] In her Report and Recommendation, Magistrate Judge Foster recommends the Petitioner be released "as soon as practicable." However, this Court believes that ordering Petitioner's "immediate release" with the requirement that the Respondents follow up in forty-eight hours will ensure the Petitioner's swift release from custody.

[2] The inclusion of requiring Petitioner's personal effects to be included in her release is a slight modification to Magistrate Judge Foster's Report and Recommendation. However, this Court believes that its inclusion is important considering the frequency in which similarly situated petitioners in other cases have been released without all their important personal belongings.

3

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 11, 2026      s/Michael J. Davis
                              Michael J. Davis
                              United States District Court