# UNITED STATES DISTRICT COURT
## District of Minnesota

Evelyn Mayra Arias-Benalcazar,

Petitioner,

v.

Kristi Noem, Todd Lyons, David Easterwood, Pamela Bondi,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-950 (MJD/DJF)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Foster dated February 5, 2026 **[Doc. 7].**
2. The Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED** insofar as:
   a. Petitioner shall be immediately released1 from detention into Minnesota;
   b. Respondents are ordered to return all of Petitioner's documents, property, or effects seized during her arrest2; and
   c. Respondents are required to confirm Petitioner's release from custody within forty-eight (48) hours from the date of this Order; and
   d. Petitioner is directed that any motion for attorney fees and costs pursuant to the Equal Access to Justice Act must be filed within 21 days of entry of judgment, along with a well-reasoned memorandum of authorities explaining why an award of fees and costs is warranted under that statute.

Date: 2/11/2026

KATE M. FOGARTY, CLERK