# UNITED STATES DISTRICT COURT

## District of Minnesota

Evelyn Mayra Arias-Benalcazar

Petitioner,

v.

Kristi Noem, Todd Lyons, David Easterwood, Pamela Bondi

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00950-MJD-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Petitioner Evelyn A.B.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 2/18/2026

KATE M. FOGARTY, CLERK